# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05 CR 0181 JM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER UNSEALING DOCUMENTS** |
| MICHAEL JOSEPH ELLIS, | |
| Defendant. | |

At the conclusion of an August 25, 2006 motion hearing in this case, defense counsel requested that certain ATF and IRS policies currently subject to a protective order issued by Magistrate Judge Stiven be unsealed since the policies are generally available to the public. The government agreed with the request. Thus, the court orders these documents unsealed.

**IT IS SO ORDERED.**

DATED: September 22, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

05cr0181