UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05CR0181-JTM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MICHAEL JOSEPH ELLIS (1), | ) | |
| Defendant. | ) | |

The Court, having considered the terms of the parties' stipulation and joint motion to dismiss this matter without prejudice, HEREBY ORDERS that the above-captioned case be dismissed, without prejudice, according to the terms of the parties' stipulation and joint motion.

**IT IS SO ORDERED.**

DATED: September 13, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

05cr0181