UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL JOSEPH ELLIS,<br><br>　　　　Defendant. | Case No.: 05CR0181-JM<br><br>**ORDER DISMISSING CHARGES WITH PREJUDICE**<br><br>Judge: Hon. Jeffrey T. Miller |

　　The Court having considered the parties stipulation and joint motion to dismiss this matter with prejudice, HEREBY ORDERS that the above-captioned case be dismissed with prejudice according to the terms of the parties' stipulation and joint motion.

**IT IS SO ORDERED.**

DATED: September 5, 2008

_____
HON. JEFFREY T. MILLER
Judge, United States District Court

1